**FILED**
CLERK, U.S. DISTRICT COURT

6/1/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ____RAM____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 5:22-MJ-00351 |
| VOOG, JONATHAN | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: PETITON
in the _____ District of UTAH on 06/01/2022
at 8:00 [x] a.m. / ☐ p.m. The offense was allegedly committed on or about 02/26/2019
in violation of Title 18 U.S.C., Section(s) 3583
to wit: SUPERVISED RELEASE VIOLATION

A warrant for defendant's arrest was issued by: The Honorable Ted Steward District Judge

Bond of $ no _____ was ☐ set / [x] recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/1/22
                Date

_Cesar Perez_
Signature of Agent

Cesar Perez
Print Name of Agent

USMS
Agency

DEO
Title